IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PERRY BOGGS, KEVIN TARRANT, and DONALD LANCASTER,<br><br>        Plaintiffs,<br><br>v.<br><br>AAI CORPORATION and AAI SERVICES CORPORATION,<br><br>        Defendants. | Civil Action No. 1:13-cv-00835-ELH |

## ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs;

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs is **GRANTED**; and

2. Plaintiffs' counsel are awarded _____ in attorney's fees and _____ in costs for a total of _____ to be paid out of the settlement fund.

SO ORDERED.

DATE: _____

_____
The Honorable Ellen L. Hollander
United States District Judge
U.S. Dist. Court for the District of Maryland